Matthew Mellen  (SBN 233350)
Sarah Shapero (SBN: 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:  (650) 638-0125

Attorneys for Plaintiff,
FERNANDO MORALES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MORALES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE, LLC; and Does 1 through 100, inclusive,<br><br>  Defendants. | Case No.:   3:14-cv-03081-LB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL UPCOMING DATES OR CONTINUE THE CASE MANAGEMENT CONFERENCE; P**~~**ROPOSED**~~ **ORDER**<br><br>Trial Date:         July 25, 2016 |

### **RECITALS**

Plaintiff FERNANDO MORALES ("Plaintiff"), and Defendant NATIONSTAR MORTGAGE, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS Plaintiff commenced the above-referenced action on July 8, 2014;

2. WHEREAS on October 29, 2015, the Parties agreed to a Settlement of this matter which would dispose of all causes of action at issue;

3. WHEREAS counsel for Defendant is currently drafting a formal, final settlement agreement and release of claims;

4. WHEREAS the parties agree that this matter will be completely settled and that the parties will file a Joint Stipulation to Dismiss this matter, with prejudice, in its entirety, within the next 30 days;

5. NOW THEREFORE the parties request that all motion hearings and deadlines in this matter be taken off calendar or, alternatively, that the Case Management Conference scheduled for November 12, 2015 be continued until January 2016 to allow the Parties time to file a Joint Stipulation to Dismiss this matter.

**STIPULATION**

IT IS THEREFORE STIPULATION AND AGREED, by and among the Parties, and subject to the approval of the Court, that:

1. All motion hearings and deadlines in this matter be taken off calendar or, alternatively, the Case Management Conference scheduled for November 12, 2015 be continued until January 2016 to allow the Parties time to file a Joint Stipulation to Dismiss this matter.

DATED: November 3, 2015

By: */s/ Sarah Shapero*
Sarah Shapero

Attorneys for Plaintiff Fernando Morales

DATED: November 3, 2015

By: *Megan E. Gruber*
Megan Gruber

Attorneys for Defendant Nationstar Mortgage, LLC

**PROPOSED ORDER**

Having reviewed the above stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

1. All future hearings and deadlines in this matter are vacated.  A further Case Management Conference or Order to Show Cause regarding dismissal of this action is set for December 17, 2015 at 11:00 a.m.  A Joint Case Management Statement due December 10, 2015.

DATED: November 4, 2015

HONORABLE LAUREL BEELER
UNITED STATES DISTRICT COURT JUDGE