1  Matthew Mellen (SBN 233350)
   Sarah Shapero (SBN: 281748)
2  MELLEN LAW FIRM
   411 Borel Avenue, Suite 230
3  San Mateo, California 94402
   Telephone: (650) 638-0120
4  Facsimile: (650) 638-0125

5  Attorneys for Plaintiff,
   FERNANDO MORALES
6

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   FERNANDO MORALES, an individual,        Case No.:  3:14-cv-03081-LB
13
        Plaintiff,                          **JOINT STIPULATION REGARDING
14                                          DISMISSAL WITH PREJUDICE**
        v.
15                                          ORDER
   NATIONSTAR MORTGAGE, LLC; and Does 1
16 through 100, inclusive,                  Trial Date:      July 25, 2016

17      Defendants.

18

19

20

21

22

23

24

25

26

27

28

                                    1
                          STIPULATION FOR DISMISSAL

Plaintiff FERNANDO MORALES ("Plaintiff") and Defendant NATIONSTAR MORTGAGE, LLC ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1. All causes of action against Defendant are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);
2. Plaintiff and Defendant shall bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: December 10, 2015

By: */s/ Sarah Shapero*
Sarah Shapero

Attorneys for Plaintiff Fernando Morales

DATED: December 10, 2015

By: *Megan E. Gruber*
Megan Gruber

Attorneys for Defendant Nationstar Mortgage, LLC

**PROPOSED ORDER**

Having reviewed the above stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

1. Plaintiff FERNANDO MORALES ("Plaintiff")'s causes of action against Defendant are dismissed in their entirety with prejudice;
2. Plaintiff and Defendant shall bear their own fees and costs.

DATED: December 11, 2015

_____
HONORABLE LAUREL BEELER
UNITED STATES DISTRICT COURT JUDGE